NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPRING VENTURES, LTD.,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2019-1542

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01653.

---

**JUDGMENT**

---

SETH OSTROW, Meister Seelig & Fein LLP, New York, NY, argued for appellant. Also represented by ANTONIO PAPAGEORGIOU, SARAH PFEIFFER.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for appellee. Also represented by SCOTT ANTHONY MCKEOWN; KEYNA T. CHOW, East Palo Alto, CA; ASIM BHANSALI, Kwun Bhansali Lazarus LLP, San Francisco, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, MAYER, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 3, 2020                    /s/ Peter R. Marksteiner
     Date                           Peter R. Marksteiner
                                    Clerk of Court